CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

S. ASHAR AHMED, ESQ., SBN 256711
INFINITY LAW GROUP LLP
111 Deerwood Road, Suite 200
San Ramon, CA 94583
Telephone: (925) 831-4755
Facsimile: (925) 831-9278
Email: aahmed@infinitylawca.com
Attorney for Defendants
Demayo LLC and
United Investment Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>　　　Plaintiff,<br>　v.<br><br>DEMAYO LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; UNITED INVESTMENT SOLUTIONS INC., a California Corporation<br><br>　　　Defendants. | Case: 4:21-cv-00065-KAW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: February 25, 2022                CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: February 25, 2022                INFINITY LAW GROUP LLP

By: /s/ S. Ashar Ahmed
    S. Ashar Ahmed
    Attorney for Defendants
    Demayo LLC and
    United Investment Solutions, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to S. Ashar Ahmed, counsel for Demayo LLC and United Investment Solutions, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: February 25, 2022        CENTER FOR DISABILITY ACCESS

                              By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff